December 15, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

MERRILL PIERRE, Appellant

NO. 14-10-00585-CV                    V.

KEITH OLLIVIERRE, MARILYN OLLIVIERRE, AND SUSAN OLLIVIERRE, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Keith Ollivierre, Marilyn Ollivierre, and Susan Ollivierre, signed March 31, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred by awarding unpaid rent and attorney's fees to appellees. We therefore order that the portions of the judgment that award unpaid rent and attorney's fees are **REVERSED** and **RENDER** judgment that appellees take nothing on their claims for unpaid rent and attorney's fees.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order the parties to pay their own costs incurred in this appeal. We further order this decision certified below for observance.